Philippe Dwelshauvers, Esquire, Attorney, Fresno, CA, for Petitioner

Michael Christopher Heyse, Trial Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: CANBY, KOZINSKI, and HAWKINS, Circuit Judges.

MEMORANDUM **

David Juarez, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for asylum. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss in part and deny in part the petition for review.

The agency found Juarez did not establish eligibility for asylum on the basis of having either soldiers or guerillas attempt to recruit him in El Salvador. We lack jurisdiction to consider the contention Juarez raises for the first time in his opening brief that he was or would be persecuted as a member of a particular social group of children who refused conscription. *See Barron v. Ashcroft*, 358 F.3d 674, 677-78 (9th Cir. 2004) (petitioner must exhaust claims in administrative proceedings below).

Apart from his social group argument, Juarez does not otherwise challenge the agency's reasons for denying his asylum claim. Thus, we deny the petition for review.

** This disposition is not appropriate for publication and is not precedent except as provid-

PETITION FOR REVIEW DISMISSED in part; DENIED in part.

Brian CONNELLY; Keith Merritt, on behalf of themselves and all others similarly situated, Plaintiffs-Appellants,

v.

HILTON GRAND VACATIONS COMPANY, LLC, Defendant-Appellee.

No. 14-55431

United States Court of Appeals, Ninth Circuit.

Argued and Submitted on May 5, 2016

Withdrawn from Submission on February 8, 2017

Filed July 17, 2017

Resubmitted on July 17, 2017 Pasadena, California

George S. Azadian, Special Counsel, Azadian Law Group, PC, Pasadena, CA, John M. Bickford, Alexander R. Wheeler, Attorney, Parris Law Firm, Lancaster, CA, Charles Theodore Mathews, Attorney,

ed by Ninth Circuit Rule 36-3..

Charles T. Mathews & Associates, San Marino, CA, for Plaintiffs-Appellants

Angela Christine Agrusa, Esquire, Liner LLP, Los Angeles, CA, for Defendant-Appellee

Before: KOZINSKI, W. FLETCHER, and GOULD, Circuit Judges.

## MEMORANDUM *

After the district court denied a motion for class certification, the parties stipulated to a voluntary dismissal with prejudice. Plaintiffs appeal the denial of class certification.

The Supreme Court recently held that a voluntary dismissal of this sort does not qualify as a final decision within the meaning of 28 U.S.C. § 1291. *Microsoft Corp. v. Baker*, — U.S. —, 137 S.Ct. 1702, 1715, 198 L.Ed.2d 132 (2017) ("Plaintiffs in putative class actions cannot transform a tentative interlocutory order into a final judgment within the meaning of § 1291 simply by dismissing their claims with prejudice....") (internal citations omitted). We **DISMISS** the appeal for lack of jurisdiction.

This case is resubmitted concurrently with the filing of this disposition.

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).